# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2009

134667-69 (70)(71)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re APPLICATION OF DETROIT EDISON
COMPANY
_____

ATTORNEY GENERAL,
　　　　　Appellant,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
DETROIT EDISON COMPANY, and
CONSTELLATION NEWENERGY, INC.,
　　　　　Appellees.
_____/

SC: 134667
COA: 259845
MPSC: U-13808

_____

In re APPLICATION OF DETROIT EDISON
COMPANY
_____

DETROIT EDISON COMPANY,
　　　　　Appellee,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
ASSOCIATION OF BUSINESSES ADVOCATING
TARIFF EQUITY, MICHIGAN ENVIRONMENTAL
COUNCIL, PUBLIC INTEREST RESEARCH
GROUP IN MICHIGAN, and CONSTELLATION
NEWENERGY, INC.,
　　　　　Appellees,
and

ATTORNEY GENERAL,
　　　　　Appellant.

SC: 134668
COA: 264099
MPSC: U-13808

_____/

_____

In re APPLICATION OF DETROIT EDISON
COMPANY

_____

ATTORNEY GENERAL,
       Appellant,

v

                                          SC: 134669
                                          COA: 264191

MICHIGAN PUBLIC SERVICE COMMISSION,           MPSC: U-13808
DETROIT EDISON COMPANY, ENERGY
MICHIGAN, INC., CONSTELLATION
NEWENERGY, INC., and ASSOCIATION OF
BUSINESSES ADVOCATING TARIFF EQUITY,
       Appellees.

_____/

On order of the Court, the motions for reconsideration of this Court's May 1, 2009 order are considered, and they are DENIED, because it does not appear that the order was entered erroneously.

CORRIGAN and MARKMAN, JJ., would grant Detroit Edison's motion for reconsideration and would affirm the judgment of the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2009
                                          Clerk

0623